# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0743
LT Case No. 2024-SC-5827

———————————————

WILLIAM ENGLAND,

    Appellant,

    v.

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Appellee.

———————————————

On appeal from the County Court for Seminole County.
Sylvia Grunor, Judge.

Chad A. Barr, Dalton L. Gray, and William S. England, of Law
Office of Chad A. Barr, P.A., Altamonte Springs, for Appellant.

Cameron S. Frye, of deBeaubien, Simmons, Knight, Mantzaris &
Neal, LLP, Tampa, for Appellee.


June 11, 2026

PER CURIAM.


    AFFIRMED.


LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____